IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGORY A SHANAFELT, | No. 03:14-cv-01722-ST |
| Plaintiff, | |
| v. | |
| DAVID HOLLANDER, JEFF GERNER, of SAIF CORP., THOMAS SHERIDAN of EMPIRE PACIFIC RISK MANAGEMENT, INC., | ORDER |
| Defendant. | |

HERNANDEZ, District Judge,

Magistrate Judge Stewart issued a Findings and Recommendation (#49) on March 6, 2015, in which she recommends that this Court grant Defendants' motions to dismiss and dismiss this case with prejudice.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [49]. Accordingly, Defendants' motions to dismiss [23, 27] are granted.  Plaintiff's motion for appointment of counsel [3] is denied as moot.  This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this __16__ day of __April__, 2015.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER